COOLEY GODWARD KRONISH LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
SAMANTHA M. EVERETT (234402) (severett@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant
SAZERAC COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH DI GRAZIA,<br><br>            Plaintiff,<br><br>     v.<br><br>SAZERAC COMPANY, INC.,<br><br>            Defendant. | Case No.  5:08-CV-01562-PVT<br><br>**DEFENDANT SAZERAC COMPANY, INC.'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

### REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party, Defendant Sazerac Company, Inc., hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests that this case be reassigned to a United States District Judge.

Dated:  March 25, 2008

Respectfully submitted,

COOLEY GODWARD KRONISH LLP

/s/
Samantha M. Everett

Attorneys for Defendant
SAZERAC COMPANY, INC.

581725 v1/SD

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

REQUEST FOR REASSIGNMENT
5:08-CV-01562-PVT

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121. On the date set forth below I served the documents described below in the manner described below:

1. Defendant Sazerac Company, Inc.'s Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge

   ☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Diego, California.

on the following part(ies) in this action:

Andrew A. Bassak
Ann M. Heimberger
Ross K. Naughton
Manatt, Phelps & Phillips, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Executed on March 25, 2008, at San Diego, California.

/s/_____
Jackie Foglio