**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
──────────────
www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                        408.535.5364

**March 26, 2008**

**CASE NUMBER:  CV 08-01562 PVT**
**CASE TITLE:  DEBORAH DI GRAZIA-v-SAZERAC COMPANY, INC.**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 03/25/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                    Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                                     Entered in Computer 03/26/08 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA