COOLEY GODWARD KRONISH LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
SAMANTHA M. EVERETT (234402)
(severett@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121
Telephone:   (858) 550-6000
Facsimile:     (858) 550-6420

Attorneys for Defendant
SAZERAC COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH DI GRAZIA,<br><br>        Plaintiff,<br><br>v.<br><br>SAZERAC COMPANY, INC.,<br><br>        Defendant. | Case No. 5:08-CV-01562-JW<br><br>**DEFENDANT SAZERAC COMPANY, INC.'S REQUEST FOR TRIAL BY JURY**<br><br>Ctrm:    8<br>Judge:   Hon. James Ware<br><br>Trial Date:  Not Yet Set |

Defendant Sazerac Company, Inc., the removing party in the above-captioned matter, hereby requests trial by jury on all causes of action alleged in Deborah di Grazia's Complaint. This request is made pursuant to Federal Rules of Civil Procedure 81(c)(3) and 6(a)(2).

Dated: April 4, 2008        COOLEY GODWARD KRONISH LLP
                            MICHAEL A. ATTANASIO (151529)
                            SAMANTHA M. EVERETT (234402)


                            /s/
                            Samantha M. Everett

                            Attorneys for Defendant
                            Sazerac Company, Inc.

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121. On the date set forth below I served the documents described below in the manner described below:

1. Defendant Sazerac Company, Inc.'s Request for Jury Trial

on the following part(ies) in this action:

[x] (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

Andrew A. Bassak     abassak@manatt.com
Ann M. Heimberger    aheimberger@manatt.com

[x] (BY OVERNIGHT MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by Federal Express for overnight delivery.

Ross K. Naughton
Manatt, Phelps & Phillips, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111

Executed on April 4, 2008, at San Diego, California.

/s/
Jacqueline J. Foglio

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.