MANATT, PHELPS & PHILLIPS, LLP
ANDREW A. BASSAK (Bar No. CA 162440)
E-mail: ABassak@manatt.com
ANN M. HEIMBERGER (Bar No. CA 197060)
E-mail: AHeimberger@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Plaintiff
DEBORAH DI GRAZIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH DI GRAZIA, a widow,<br><br>Plaintiff,<br><br>vs.<br><br>SAZERAC COMPANY, INC., a Louisiana corporation; and DOES 1-20,<br><br>Defendants. | No. 5:08-CV-01562 JW<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS; DECLARATION IN SUPPORT THEREOF**<br><br>**[Proposed] Order filed concurrently**<br><br>**Court: Hon. James Ware** |

## STIPULATION

WHEREAS, Plaintiff Deborah di Grazia ("di Grazia") filed a Complaint against Defendant Sazerac Company, Inc. ("Sazerac") in the Superior Court of the State of California, County of Monterey, on February 20, 2008, alleging Breach of Contract, Breach of Implied Covenant of Good Faith, Unjust Enrichment, Breach of Implied Covenant, and Breach of Contract – Third Party Beneficiary (the "Complaint");

WHEREAS, Sazerac removed the case to this Court on March 21, 2008;

WHEREAS, Sazerac filed a Motion to Dismiss Complaint for Failure to State a Claim ("Motion to Dismiss") on March 28, 2008;

WHEREAS, the hearing on Sazerac's Motion to Dismiss is scheduled for May 5, 2008 at 9:00 a.m., the last day for di Grazia to file her opposition to the Motion to Dismiss is April 14, 2008, and the last day for Sazerac to file its reply in support of its Motion to Dismiss is April 21, 2008;

WHEREAS, di Grazia has requested a continuance of the hearing on the Motion to Dismiss with a corresponding extension of the related briefing deadlines due to counsel scheduling conflicts, and Sazerac has agreed to the requested continuance; and

WHEREAS, the next available hearing date on the Court's calendar is June 9, 2008;

Accordingly, pursuant to Civil Local Rules 6-2, 7-12 and 7-7(a), IT IS HEREBY STIPULATED by and between di Grazia and Sazerac, through their respective counsel of record, as follows:

1. The hearing on Sazerac's Motion to Dismiss shall be continued to June 9, 2008 at 9:00 a.m., Di Grazia shall have until and including May 13, 2008 to file and serve her opposition to the Motion to Dismiss, and Sazerac shall have until and including May 23, 2008 to file and serve its reply in support of its Motion to Dismiss.

\\\

\\\

\\\

2. Entering into this Stipulation shall not prejudice any of the parties from later requesting an extension of such dates.

IT IS SO STIPULATED.

Dated: April 11, 2008                              Manatt, Phelps & Phillips, LLP


                                                   By:  /s/ Ann M. Heimberger
                                                        Ann M. Heimberger
                                                        Attorneys for Plaintiff
                                                        DEBORAH DI GRAZIA


Dated: April 11, 2008                              Cooley Godward Kronish LLP


                                                   By:  /s/ Samantha M. Everett
                                                        Samantha M. Everett
                                                        Attorneys for Defendant
                                                        SAZERAC COMPANY, INC.


*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ann M. Heimberger hereby attests that concurrence in the filing of this document has been obtained.*

# DECLARATION

1. I am an attorney duly licensed to practice law in California, and am counsel with the law firm of Manatt, Phelps & Phillips, LLP, attorneys for Deborah di Grazia ("di Grazia"), plaintiff in the above-referenced action. This declaration is submitted in support of the parties' joint Stipulation and Proposed Order to Continue Hearing on Defendant's Motion to Dismiss. I have personal knowledge of the matters stated in this declaration and if called upon to testify as to the truth of the following facts, I could and would competently do so.

2. Defendant Sazerac Company, Inc. ("Sazerac") filed a Motion to Dismiss Complaint for Failure to State a Claim ("Motion to Dismiss") on March 28, 2008. The hearing on Sazerac's Motion to Dismiss is scheduled for May 5, 2008 at 9:00 a.m. The last day for di Grazia to file her opposition to the Motion to Dismiss is April 14, 2008. The last day for Sazerac to file its reply in support of its Motion to Dismiss is April 21, 2008.

3. We requested of Sazerac's counsel a two week continuance of the hearing on the Motion to Dismiss, with a corresponding extension of the related briefing deadlines, due to counsel scheduling conflicts, and Sazerac's counsel has agreed to the requested continuance.

4. The next available hearing date on the Court's calendar is June 9, 2008.

5. Accordingly, di Grazia and Sazerac have agreed that the hearing on Sazerac's Motion to Dismiss Complaint for Failure to State a Claim ("Motion to Dismiss") shall be continued to June 9, 2008 at 9:00 a.m.; di Grazia shall have until and including May 13, 2008 to file and serve her opposition to the Motion to Dismiss; and Sazerac shall have until and including May 23, 2008 to file and serve its reply in support of its Motion to Dismiss.

6. There have been no previous time modifications in this case.

7. The time modification proposed by this stipulation will not affect any other events currently on the Court's schedule for this case.

\\\
\\\
\\\
\\\

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and this declaration is executed this 11th day of April, 2008 in San
3  Francisco, California.

4  Dated:   April 11, 2008          MANATT, PHELPS & PHILLIPS, LLP

6                                   By: /s/ Ann M. Heimberger
                                         Ann M. Heimberger
7                                        *Attorneys for Plaintiff*
                                         DEBORAH DI GRAZIA

10  90011045.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5                                                  STIPULATION TO CONTINUE HEARING
                                                   5:08-CV-01562 JW

MANATT, PHELPS & PHILLIPS, LLP
ANDREW A. BASSAK (Bar No. CA 162440)
E-mail: ABassak@manatt.com
ANN M. HEIMBERGER (Bar No. CA 197060)
E-mail: AHeimberger@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone: (415) 291-7400
Facsimile: (415) 291-7474

Attorneys for Plaintiff
DEBORAH DI GRAZIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH DI GRAZIA, a widow,<br><br>   Plaintiff,<br><br>  vs.<br><br>SAZERAC COMPANY, INC., a Louisiana corporation; and DOES 1-20,<br><br>   Defendants. | No. 5:08-CV-01562 JW<br><br>**[PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS**<br><br>**Stipulation filed concurrently**<br><br>**Court: Hon. James Ware** |

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that

1. The hearing on Defendant Sazerac Company, Inc.'s Motion to Dismiss Complaint for Failure to State a Claim ("Motion to Dismiss") shall be continued to June 9, 2008 at 9:00 a.m. Plaintiff Deborah di Grazia shall have until and including May 13, 2008 to file and serve her opposition to the Motion to Dismiss. Defendant Sazerac Company, Inc. shall have until and including May 23, 2008 to file and serve its reply in support of its Motion to Dismiss.

2. Entering into this Stipulation shall not prejudice any of the parties from later requesting an extension of such dates.

Dated: April ___, 2008

_____
The Honorable James Ware
United States District Judge

90011048.1

1  MANATT, PHELPS & PHILLIPS, LLP
   ANDREW A. BASSAK (Bar No. CA 162440)
2  E-mail: ABassak@manatt.com
   ANN M. HEIMBERGER (Bar No. CA 197060)
3  E-mail: AHeimberger@manatt.com
   One Embarcadero Center, 30th Floor
4  San Francisco, CA 94111
   Telephone: (415) 291-7400
5  Facsimile: (415) 291-7474

6  Attorneys for Plaintiff
   DEBORAH DI GRAZIA

7

8              UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT

10                 SAN JOSE DIVISION

11

12 | DEBORAH DI GRAZIA, a widow, | No. 5:08-CV-01562 JW
13 | Plaintiff, | **STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS; DECLARATION IN SUPPORT THEREOF**
14 | vs. |
15 | SAZERAC COMPANY, INC., a Louisiana corporation; and DOES 1-20, |
16 | | **[Proposed] Order filed concurrently**
17 | Defendants. | **Court: Hon. James Ware**

**STIPULATION**

WHEREAS, Plaintiff Deborah di Grazia ("di Grazia") filed a Complaint against Defendant Sazerac Company, Inc. ("Sazerac") in the Superior Court of the State of California, County of Monterey, on February 20, 2008, alleging Breach of Contract, Breach of Implied Covenant of Good Faith, Unjust Enrichment, Breach of Implied Covenant, and Breach of Contract – Third Party Beneficiary (the "Complaint");

WHEREAS, Sazerac removed the case to this Court on March 21, 2008;

WHEREAS, Sazerac filed a Motion to Dismiss Complaint for Failure to State a Claim ("Motion to Dismiss") on March 28, 2008;

WHEREAS, the hearing on Sazerac's Motion to Dismiss is scheduled for May 5, 2008 at 9:00 a.m., the last day for di Grazia to file her opposition to the Motion to Dismiss is April 14, 2008, and the last day for Sazerac to file its reply in support of its Motion to Dismiss is April 21, 2008;

WHEREAS, di Grazia has requested a continuance of the hearing on the Motion to Dismiss with a corresponding extension of the related briefing deadlines due to counsel scheduling conflicts, and Sazerac has agreed to the requested continuance; and

WHEREAS, the next available hearing date on the Court's calendar is June 9, 2008;

Accordingly, pursuant to Civil Local Rules 6-2, 7-12 and 7-7(a), IT IS HEREBY STIPULATED by and between di Grazia and Sazerac, through their respective counsel of record, as follows:

1. The hearing on Sazerac's Motion to Dismiss shall be continued to June 9, 2008 at 9:00 a.m., Di Grazia shall have until and including May 13, 2008 to file and serve her opposition to the Motion to Dismiss, and Sazerac shall have until and including May 23, 2008 to file and serve its reply in support of its Motion to Dismiss.

\\\

\\\

\\\

2. Entering into this Stipulation shall not prejudice any of the parties from later requesting an extension of such dates.

IT IS SO STIPULATED.

Dated: April 11, 2008                              Manatt, Phelps & Phillips, LLP


By: /s/ Ann M. Heimberger
　　Ann M. Heimberger
　　Attorneys for Plaintiff
　　DEBORAH DI GRAZIA


Dated: April 11, 2008                              Cooley Godward Kronish LLP


By: /s/ Samantha M. Everett
　　Samantha M. Everett
　　Attorneys for Defendant
　　SAZERAC COMPANY, INC.


*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ann M. Heimberger hereby attests that concurrence in the filing of this document has been obtained.*

# DECLARATION

1. I am an attorney duly licensed to practice law in California, and am counsel with the law firm of Manatt, Phelps & Phillips, LLP, attorneys for Deborah di Grazia ("di Grazia"), plaintiff in the above-referenced action. This declaration is submitted in support of the parties' joint Stipulation and Proposed Order to Continue Hearing on Defendant's Motion to Dismiss. I have personal knowledge of the matters stated in this declaration and if called upon to testify as to the truth of the following facts, I could and would competently do so.

2. Defendant Sazerac Company, Inc. ("Sazerac") filed a Motion to Dismiss Complaint for Failure to State a Claim ("Motion to Dismiss") on March 28, 2008. The hearing on Sazerac's Motion to Dismiss is scheduled for May 5, 2008 at 9:00 a.m. The last day for di Grazia to file her opposition to the Motion to Dismiss is April 14, 2008. The last day for Sazerac to file its reply in support of its Motion to Dismiss is April 21, 2008.

3. We requested of Sazerac's counsel a two week continuance of the hearing on the Motion to Dismiss, with a corresponding extension of the related briefing deadlines, due to counsel scheduling conflicts, and Sazerac's counsel has agreed to the requested continuance.

4. The next available hearing date on the Court's calendar is June 9, 2008.

5. Accordingly, di Grazia and Sazerac have agreed that the hearing on Sazerac's Motion to Dismiss Complaint for Failure to State a Claim ("Motion to Dismiss") shall be continued to June 9, 2008 at 9:00 a.m.; di Grazia shall have until and including May 13, 2008 to file and serve her opposition to the Motion to Dismiss; and Sazerac shall have until and including May 23, 2008 to file and serve its reply in support of its Motion to Dismiss.

6. There have been no previous time modifications in this case.

7. The time modification proposed by this stipulation will not affect any other events currently on the Court's schedule for this case.

\\\
\\\
\\\
\\\

1  I declare under penalty of perjury under the laws of the State of California that the
2  foregoing is true and correct and this declaration is executed this 11th day of April, 2008 in San
3  Francisco, California.

4  Dated:    April 11, 2008          MANATT, PHELPS & PHILLIPS, LLP

6                                   By: /s/ Ann M. Heimberger
7                                       Ann M. Heimberger
                                        *Attorneys for Plaintiff*
                                        DEBORAH DI GRAZIA

10  90011045.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5                    STIPULATION TO CONTINUE HEARING
                     5:08-CV-01562 JW

1  MANATT, PHELPS & PHILLIPS, LLP
   ANDREW A. BASSAK (Bar No. CA 162440)
2  E-mail: ABassak@manatt.com
   ANN M. HEIMBERGER (Bar No. CA 197060)
3  E-mail: AHeimberger@manatt.com
   One Embarcadero Center, 30th Floor
4  San Francisco, CA 94111
   Telephone: (415) 291-7400
5  Facsimile: (415) 291-7474

6  Attorneys for Plaintiff
   DEBORAH DI GRAZIA

7

8                   UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT

10                       SAN JOSE DIVISION

11

12 | DEBORAH DI GRAZIA, a widow,          | No. 5:08-CV-01562 JW
13 |         Plaintiff,                   | **[PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO DISMISS**
14 |    vs.                               |
15 | SAZERAC COMPANY, INC., a Louisiana corporation; and DOES 1-20, | **Stipulation filed concurrently**
16 |                                      | **Court: Hon. James Ware**
17 |         Defendants.                  |

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that

1. The hearing on Defendant Sazerac Company, Inc.'s Motion to Dismiss Complaint for Failure to State a Claim ("Motion to Dismiss") shall be continued to June 9, 2008 at 9:00 a.m. Plaintiff Deborah di Grazia shall have until and including May 13, 2008 to file and serve her opposition to the Motion to Dismiss. Defendant Sazerac Company, Inc. shall have until and including May 23, 2008 to file and serve its reply in support of its Motion to Dismiss.

2. Entering into this Stipulation shall not prejudice any of the parties from later requesting an extension of such dates.


Dated: April ___, 2008

_____
The Honorable James Ware
United States District Judge

90011048.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PROPOSED ORDER
5:08-CV-01562 JW