1  MANATT, PHELPS & PHILLIPS, LLP
   ANDREW A. BASSAK (Bar No. CA 162440)
2  E-mail: ABassak@manatt.com
   ANN M. HEIMBERGER (Bar No. CA 197060)
3  E-mail: AHeimberger@manatt.com
   One Embarcadero Center, 30th Floor
4  San Francisco, CA 94111
   Telephone: (415) 291-7400
5  Facsimile: (415) 291-7474

6  Attorneys for Plaintiff
   DEBORAH DI GRAZIA

7

8              UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT

10                   SAN JOSE DIVISION

11

12 | DEBORAH DI GRAZIA, a widow,          | No. 5:08-CV-01562 JW
13 |         Plaintiff,                   | [~~PROPOSED~~] ORDER TO CONTINUE
   |                                      | HEARING ON DEFENDANT'S MOTION
14 |    vs.                               | TO DISMISS
15 | SAZERAC COMPANY, INC., a Louisiana   | **Stipulation filed concurrently**
   | corporation; and DOES 1-20,          |
16 |                                      | **Court: Hon. James Ware**
   |         Defendants.                  |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PROPOSED ORDER
5:08-CV-01562 JW

**PROPOSED ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that

1. The hearing on Defendant Sazerac Company, Inc.'s Motion to Dismiss Complaint for Failure to State a Claim ("Motion to Dismiss") shall be continued to June 9, 2008 at 9:00 a.m. Plaintiff Deborah di Grazia shall have until and including May 13, 2008 to file and serve her opposition to the Motion to Dismiss. Defendant Sazerac Company, Inc. shall have until and including May 23, 2008 to file and serve its reply in support of its Motion to Dismiss.

2. Entering into this Stipulation shall not prejudice any of the parties from later requesting an extension of such dates.

Dated: April 18, 2008

*/s/ James Ware*
The Honorable James Ware
United States District Judge

90011048.1