UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-FILED**

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 9, 2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-08-01562 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

### TITLE

**Deborah Di Grazia v. Saerac Company Inc**

**Attorney(s) for Plaintiff(s)**: Andrew Bassak
**Attorney(s) for Defendant(s)**: Michael Attanasio

### PROCEEDINGS

**Defendant's Motion to Dismiss Complaint**

### ORDER AFTER HEARING

Hearing Held. The Court took this matter under submission after oral argument. The Court to issue further Order on motion.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: