UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH DI GRAZIA, a widow,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAZERAC COMPANY, INC., a Louisiana corporation; and DOES 1-20,<br><br>    Defendants. | No. 5:08-CV-01562 JW<br><br>**STIPULATION SELECTING ADR PROCESS**<br><br>**[Proposed] Order filed concurrently**<br><br>**Court: Hon. James Ware** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION SELECTING ADR PROCESS
5:08-CV-01562 JW

**STIPULATION**

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Court-sponsored Mediation pursuant to ADR L.R. 6.

The parties agree to hold the ADR session by 120 days from the date of the Court's ruling on Sazerac's Motion to Dismiss.

IT IS SO STIPULATED.

Dated: June 14, 2008                    Manatt, Phelps & Phillips, LLP


By:   /s/ Ann M. Heimberger
     Ann M. Heimberger
     Attorneys for Plaintiff
     DEBORAH DI GRAZIA

Dated: June 14, 2008                    Cooley Godward Kronish LLP


By:  /s/ Samantha M. Everett
     Samantha M. Everett
     Attorneys for Defendant
     SAZERAC COMPANY, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Ann M. Heimberger hereby attests that concurrence in the filing of this document has been obtained.*

1
2
3
4
5
6
7

8         UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT

10              SAN JOSE DIVISION

11

| 12 | DEBORAH DI GRAZIA, a widow, | No. 5:08-CV-01562 JW |
|---|---|---|
| 13 | Plaintiff, | **[PROPOSED] ORDER SELECTING ADR PROCESS** |
| 14 | vs. | |
| 15 | SAZERAC COMPANY, INC., a Louisiana corporation; and DOES 1-20, | **Stipulation filed concurrently** |
| 16 | | **Court: Hon. James Ware** |
| 17 | Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PROPOSED ORDER
5:08-CV-01562 JW

1

**PROPOSED ORDER**

2  PURSUANT TO STIPULATION, the captioned matter is hereby referred to

3  Mediation, and the deadline for the ADR session is 120 days from the date of the Court's ruling

4  on Sazerac's Motion to Dismiss.

5  IT IS SO ORDERED.

6

7  Dated: _____, 2008

                                                  The Honorable James Ware
United States District Judge

8

9  90019328.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PROPOSED ORDER
5:08-CV-01562 JW