UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH DI GRAZIA, a widow,<br><br>     Plaintiff,<br><br>     vs.<br><br>SAZERAC COMPANY, INC., a Louisiana corporation; and DOES 1-20,<br><br>     Defendants. | No. 5:08-CV-01562 JW<br><br>[PROPOSED] ORDER SELECTING ADR PROCESS<br><br>**Stipulation filed concurrently**<br><br>**Court: Hon. James Ware** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PROPOSED ORDER
5:08-CV-01562 JW

# ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, the captioned matter is hereby referred to Mediation, and the deadline for the ADR session is 120 days from the date of the Court's ruling on Sazerac's Motion to Dismiss.

IT IS SO ORDERED.

Dated: __June 19__, 2008

_/s/ James Ware_
The Honorable James Ware
United States District Judge

90019328.1