UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Deborah di Grazia

          Plaintiff(s),

v.

Sazerac Company, Inc.

          Defendant(s).

Case No. 5:08-CV-01562-JW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6/20/08

          *Mark Brown*
          [Party]

Dated: 6/19/08

          [Counsel]

# PROOF OF SERVICE
## (FRCP 5)

I am a citizen of the United States and a resident of the State of California. I am employed in San Diego County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley Godward Kronish LLP, 4401 Eastgate Mall, San Diego, California 92121. On the date set forth below I served the documents described below in the manner described below:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

on the following part(ies) in this action:

[X]   (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley Godward Kronish LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

Andrew A. Bassak      abassak@mannatt.com, emaestro@manatt.com
Ann M. Heimberger     aheimberger@manatt.com, privera@manatt.com
Ross Kerr Naughton    rnaughton@manatt.com

Executed on June 20, 2008, at San Diego, California.

_____
Jacqueline J. Foglio

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO