MANATT, PHELPS & PHILLIPS, LLP
ANDREW A. BASSAK (Bar No. CA 162440)
E-mail: ABassak@manatt.com
ANN M. HEIMBERGER (Bar No. CA 197060)
E-mail: AHeimberger@manatt.com
ROSS K. NAUGHTON (Bar No. CA 254926)
E-mail: RNaughton@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Plaintiff
DEBORAH DI GRAZIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH DI GRAZIA, a widow,<br><br>  Plaintiff,<br><br>  vs.<br><br>SAZERAC COMPANY, INC., a Louisiana corporation; and DOES 1-20,<br><br>  Defendants. | No.  5:08-CV-01562 JW<br><br>**JOINT REPORT PURSUANT TO FED. R. CIV. P. 26(f)**<br><br>CMC Date: July 7, 2008<br>Time:     10:00 a.m.<br>Crtrm:    8<br>Judge:    Hon. James Ware |

Having held a conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Counsel hereby submit their report on that conference.

**A.    DISCLOSURES**

The parties do not propose any changes to the form or requirement of disclosures under Rule 26(a) of the Federal Rules of Civil Procedure.  As to timing, the parties have agreed to make such disclosures within 21 days of the day that the Court rules on Sazerac's Motion to Dismiss.

**B.    DISCOVERY**

The parties do not propose that discovery be conducted in phases, or that it be limited to particular issues.  The Parties propose that discovery be completed by December 1,

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

90019283.2

JOINT REPORT PURSUANT TO
FED. R. CIV. P. 26(f)
5:08-CV-01562 JW

2008.

**C.     ELECTRONICALLY STORED INFORMATION**

Counsel have advised their respective clients to refrain from any document destruction, and to cease any document destruction program and any programmatic erasure of voice-mail, e-mail, and other electronically stored material.  No issues with regard to disclosure or discovery of electronically stored information have arisen.

**D.     PRIVILEGE**

No issues with regard to claims of privilege have arisen.

**E.     LIMITATIONS ON DISCOVERY**

The parties do not propose that any changes be made in the limitations on discovery imposed under the Federal Rules or the Local rules, or that additional limitations be imposed on discovery.

**F.     OTHER ORDERS TO BE ENTERED BY THE COURT**

The parties have submitted, or will submit, a detailed Joint Case Management Statement and Proposed Order.  This document will propose, among other things, deadlines to be set by the Court.

In addition, the parties expect that there will be claims of confidentiality related to certain material produced in discovery, and if necessary, the parties intend to submit a stipulated protective order for entry by the Court.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

90019283.2                          2                          JOINT REPORT PURSUANT TO
                                                               FED. R. CIV. P. 26(f)
                                                               5:08-CV-01562 JW

| | | |
|---|---|---|
| 1 | Dated: June 24, 2008 | MANATT, PHELPS & PHILLIPS, LLP |

By:  /s/ Andrew A. Bassak
Andrew A. Bassak
Attorneys for Plaintiff
DEBORAH DI GRAZIA

Dated: June 24, 2008              COOLEY GODWARD KRONISH LLP

By:  /s/ Michael A. Attanasio
Michael A. Attanasio
Attorneys for Defendant
SAZERAC COMPANY, INC.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Andrew A. Bassak hereby attests that concurrence in the filing of this document has been obtained.*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

90019283.2

3

JOINT REPORT PURSUANT TO
FED. R. CIV. P. 26(f)
5:08-CV-01562 JW