1  MANATT, PHELPS & PHILLIPS, LLP
   ANDREW A. BASSAK (Bar No. CA 162440)
2  E-mail:  ABassak@manatt.com
   ANN M. HEIMBERGER (Bar No. CA 197060)
3  E-mail:  AHeimberger@manatt.com
   One Embarcadero Center, 30th Floor
4  San Francisco, CA  94111
   Telephone:  (415) 291-7400
5  Facsimile:  (415) 291-7474

6  Attorneys for Plaintiff
   DEBORAH DI GRAZIA

*IT IS SO ORDERED AS MODIFIED*
*James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH DI GRAZIA, a widow, | No.  5:08-CV-01562 JW |
| Plaintiff, | [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR FIRST AMENDED COMPLAINT AND PRETRIAL DATES |
| vs. | |
| SAZERAC COMPANY, INC., a Louisiana corporation; BROWN-FORMAN, INC., a Kentucky Corporation; TEQUILA HERRADURA, S.A., | **Stipulation filed concurrently** |
| | **Court: Hon. James Ware** |
| Defendants. | |

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that,

1. The Amended Scheduling Order and all other pre-trial deadlines are VACATED.

2. Defendant Sazerac Company Inc.'s ("Sazerac") Motion to Dismiss shall be heard on March 23, 2009 at 9:00 a.m.  Sazerac shall have until and including February 9, 2009 to file a Motion to Dismiss Plaintiff Deborah di Grazia's ("Mrs. di Grazia") First Amended Complaint.  Mrs. di Grazia shall have until and including March 2, 2009 to file her Opposition to the Motion to Dismiss.  Sazerac shall have until and including March 9, 2009 to file a reply in support of its Motion to Dismiss.

The Court will set a new Case Management Conference date in its Order addressing Defendant's Motion to Dismiss the First Amended Complaint.

Dated: February 5, 2009

_____
JAMES WARE
United States District Judge

90048618.1