1  Thomas B. Mayhew (State Bar No. 183539)
       tmayhew@fbm.com
2  Monali S. Sheth (State Bar No. 239511)
       msheth@fbm.com
3  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
4  San Francisco, CA  94104
   Telephone:    (415) 954-4400
5  Facsimile:    (415) 954-4480

6  Attorneys for Defendant
   BROWN-FORMAN, INC. a Kentucky corporation

7

8  Andrew A. Bassak. (State Bar No. 162440)
       ABassak@Manatt.com
9  Ann M. Heimberger (State Bar No. 197060)
       AHeimberger@Manatt.com
   Manatt, Phelps & Phillips, LLP
10 One Embarcadero Center, 30th Floor
   San Francisco, CA 94111
11 Telephone:    (415) 291-7400
   Facsimile:    (415) 291-7474

12 Attorneys for Plaintiff
   DEBORAH DI GRAZIA, a widow
13

*IT IS SO ORDERED*
*Judge James Ware*
2/27/2009

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

17 DEBORAH DI GRAZIA, a widow,              Case No. C 08-01562 JW

                  Plaintiff,                **STIPULATION TO EXTEND TIME FOR**
18                                          **DEFENDANT BROWN-FORMAN, INC.**
       vs.                                  **TO RESPOND TO COMPLAINT**
19
   SAZERAC COMPANY, INC., a Louisiana
20 corporation; BROWN-FORMAN, INC., a       Courtroom: 8, 4th Floor
   Kentucky corporation; TEQUILA            Judge:     Hon. James Ware
21 HERRADURA, S.A.,

                  Defendants.
22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION TO EXTEND TIME FOR BROWN-
FORMAN, INC. TO RESPOND TO COMPLAINT,     - 1 -                              24278\1878114.1
Case No.08-01562 JW

Pursuant to Civil Local Rule 6-1 ("L.R. 6-1"), plaintiff Deborah Di Grazia and defendant Brown-Forman, Inc. ("Brown-Forman"), by and through their respective counsel, hereby agree to extend the time in which Brown-Forman may respond to the Complaint. The new due date for Brown-Forman's response will be March 9, 2009. This stipulation comports with L.R. 6-1(a) because extending time for Brown-Forman to respond to the Complaint does not alter the date of any deadline already fixed by Court order.

Dated: February 26, 2009                         Respectfully submitted,


                                                 By: /s/_____
                                                     FARELLA BRAUN & MARTEL LLP
                                                     Thomas B. Mayhew

                                                 Attorneys for Defendant
                                                 BROWN-FORMAN, INC.

Dated: February 26, 2009                         Respectfully submitted,


                                                 By: /s/_____
                                                     MANATT, PHELPS & PHILLIPS, LLP
                                                     Ann M. Heimberger

                                                 Attorneys for Plaintiff
                                                 DEBORAH DI GRAZIA

I, Monali S. Sheth, hereby attest that I have obtained consent for, and will maintain on file, all holograph signatures for any signatures indicated by a "conformed signature ("/s/ ) within this e-filed document.

Dated: February 26, 2009
FARELLA BRAUN & MARTEL LLP

By: /s/
Monali S. Sheth

Attorneys for Defendant
BROWN-FORMAN, INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION TO EXTEND TIME FOR BROWN-FORMAN, INC. TO RESPOND TO COMPLAINT, Case No.08-01562 JW

- 3 -

24278\1878114.1