MANATT, PHELPS & PHILLIPS, LLP
STEPHEN S. MAYNE (Bar No. CA 49631)
E-mail: SMayne@manatt.com
ANDREW A. BASSAK (Bar No. CA 162440)
E-mail: ABassak@manatt.com
ANN M. HEIMBERGER (Bar No. CA 197060)
E-mail: AHeimberger@manatt.com
TRAVIS RITCHIE (Bar No. CA 258084)
E-mail: TRitchie@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Plaintiff
DEBORAH DI GRAZIA

*IT IS SO ORDERED*
*Judge James Ware*
7/29/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH DI GRAZIA, a widow,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SAZERAC COMPANY, INC., a Louisiana corporation; BROWN-FORMAN, INC., a Kentucky corporation; and TEQUILA HERRADURA, S.A., a Mexican corporation.<br><br>　　　　Defendants. | No.  5:08-CV-01562 JW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TEQUILA HERRADURA, S.A.** |

NOTICE is hereby given that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) Plaintiff Deborah di Grazia ("Plaintiff") voluntarily dismisses Defendant Tequila Herradura, S.A. ("Defendant Herradura") from the above-captioned action without prejudice. Defendant Herradura has provided affidavits to Plaintiff (attached hereto as Exhibits 1 and 2) indicating that it had sold to Defendant Brown-Forman, Inc. substantially all of its assets related to the production, sale, and distribution of the Herradura Brands prior to the events giving rise to

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

90071887.1

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT TEQUILA HERRADURA, S.A.
(5:08-CV-01562 JW)

1  Plaintiff's claims.  Plaintiff and Defendant Herradura have agreed to toll all applicable statutes of
2  limitations related to any claims Plaintiff may have against Defendant Herradura related to the
3  above-captioned action (Tolling Agreement attached hereto as Exhibit 3).

Dated: May 15, 2009                    Manatt, Phelps & Phillips, LLP


                                       By:  /s/ *Travis M. Ritchie*
                                           Stephen S. Mayne
                                           Andrew A. Bassak
                                           Travis M. Ritchie
                                           Attorneys for Plaintiff
                                           DEBORAH DI GRAZIA

*Pursuant to General Order 45 X.B. the filer hereby attests that concurrence in the filing of this document has been obtained from each signatory, which shall serve in lieu of his or her signature on the document.*

Manatt, Phelps & Phillips, LLP
Attorneys At Law
San Francisco

90071887.1                    2                    NOTICE OF VOLUNTARY DISMISSAL OF
                                                   DEFENDANT TEQUILA HERRADURA, S.A.
                                                   (5:08-CV-01562 JW)