| | | |
|---|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP | FARELLA BRAUN & MARTEL LLP THOMAS B. MAYHEW (183539) |
| 2 | STEPHEN S. MAYNE (49631) E-mail: SMayne@manatt.com | tmayhew@fbm.com MONALI S. SHETH (239511) |
| 3 | ANDREW A. BASSAK (162440) E-mail: ABassak@manatt.com | msheth@fbm.com 235 Montgomery street, 17th Floor |
| 4 | ANN M. HEIMBERGER (197060) E-mail: AHeimberger@manatt.com | San Francisco, CA 94 104 Telephone: (415) 954-4400 |
| 5 | TRAVIS RITCHIE (258084) E-mail: TRitchie@manatt.com | Facsimile: (415) 954-4480 |
| 6 | One Embarcadero Center, 30th Floor San Francisco, CA 94111 | STITES & HARBISON, PLLC CHARLES J. CRONAN IV (*pro hac vice*) |
| 7 | Telephone: (415) 291-7400 Facsimile: (415) 291-7474 | ccronan@stites.com OLIVER H. (SCOTT) BARBER, III (*pro hac vice*) |
| 8 | | sbarber@stites.com 400 West Market Street, Suite 1800 |
| 9 | *Attorneys for Plaintiff* DEBORAH DI GRAZIA | Louisville, KY 40202-33 52 Telephone: (502) 587-3400 |
| 10 | | Facsimile: (502) 587-6391 *Attorneys for Defendant* |
| 11 | | BROWN-FORMAN, INC. |
| 12 | | COOLEY GODWARD KRONISH LLP MICHAEL A. ATTANASIO (151529) |
| 13 | | (mattanasio@cooley.com) BENJAMIN F. CHAPMAN (234436) |
| 14 | | (bchapman@cooley.com) 4401 Eastgate Mall |
| 15 | | San Diego, CA 92121 Telephone: (858) 550-6000 |
| 16 | | Facsimile: (858) 550-6420 *Attorneys for Defendant* |
| 17 | | SAZERAC COMPANY, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

*[Seal: IT IS SO ORDERED AS MODIFIED — /s/ James Ware, Judge James Ware — United States District Court, Northern District of California]*
9/28/2009

| | | |
|---|---|---|
| 22 | DEBORAH DI GRAZIA, a widow, | No. 5:08-CV-01562 JW (PVT) |
| 23 | Plaintiff, | **[PROPOSED] ORDER EXTENDING TIME FOR FILING EXPERT REPORTS,** |
| 24 | vs. | **REPLIES TO EXPERT REPORT AND MOTIONS TO EXCLUDE EXPERT** |
| 25 | SAZERAC COMPANY, INC., a Louisiana corporation; BROWN-FORMAN, INC., a | **TESTIMONY** |
| 26 | Delaware Corporation, TEQUILA HERRADURA, S.A., | **(Stipulation filed herewith)** |
| 27 | Defendants. | **Court:** Hon. James Ware |
| 28 | | |

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

1. The Scheduling Order issued June 26, 2009 is amended to reflect the following revised deadlines:

   A. Expert disclosures and written reports are due November 23, 2009;

   B. Rebuttal expert disclosures and written reports are due December 14, 2009; and

   C. The last day to hear a motion to exclude expert testimony shall be January 25, 2009;

2. Entering into this Stipulation shall not prejudice any of the Parties from later requesting an extension of such dates.

IT IS SO ORDERED.

Any further requests for extensions of deadlines will impact the Court's June 26, 2009 Scheduling Order.

Dated: September 28, 2009

The Honorable James Ware
United States District Judge

90087260.1

Manatt, Phelps & Phillips, LLP
Attorneys At Law
San Francisco

2

[PROPOSED] ORDER RE:
EXPERT REPORTS
5:08-CV-01562 JW (PVT)