MANATT, PHELPS & PHILLIPS, LLP
STEPHEN S. MAYNE
E-mail:  SMayne@manatt.com
ANDREW A. BASSAK (Bar No. CA 162440)
E-mail:  ABassak@manatt.com
ANN M. HEIMBERGER (Bar No. CA 197060)
E-mail:  AHeimberger@manatt.com
TRAVIS M. RITCHIE (Bar No. CA 258084)
E-mail:  TRitchie@manatt.com
One Embarcadero Center, 30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:  (415) 291-7474

Attorneys for Plaintiff
DEBORAH DI GRAZIA

IT IS SO ORDERED

*James Ware*

Judge James Ware

11/9/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| DEBORAH DI GRAZIA, a widow,<br><br>    Plaintiff,<br><br>vs.<br><br>SAZERAC COMPANY, INC., a Louisiana corporation; BROWN-FORMAN, INC., a Delaware corporation; and TEQUILA HERRADURA, S.A., a Mexican corporation,<br><br>    Defendants. | No.  5:08-CV-01562 JW (PVT)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION OF DISMISSAL
CASE NO. 5:08-CV-01562 JW (PVT)

**STIPULATION OF DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Deborah di Grazia, and defendants Sazerac Company, Inc., and Brown-Forman, Inc., by and through their respective counsel, hereby stipulate and agree that this action shall be dismissed with prejudice in all respects. Each party will bear its own costs and fees.

Dated: October 30, 2009   MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Andrew A. Bassak
Andrew A. Bassak
Attorneys for Plaintiff
DEBORAH DI GRAZIA

Dated: November 2, 2009   COOLEY GODWARD KRONISH LLP

By: /s/ Michael A. Attanasio
Michael A. Attanasio
Attorneys for Defendant
SAZERAC COMPANY, INC.

Dated: November 3, 2009   STITES & HARBISON PLLC

By: /s/ Oliver H. (Scott) Barber, III
Oliver H. (Scott) Barber, III
Attorneys for Defendant
BROWN-FORMAN, INC.

**IT IS SO ORDERED:**

The Court terminates any remaining pending deadlines, hearing and motions. The Clerk shall close this file.

Dated: November 9, 2009

_____
United States District Judge